**Robert Clyde SANDERS**

v.

**UNITED STATES of America.**

**No. 5571.**

United States Court of Appeals
Tenth Circuit.
May 15, 1957.

**958**

Blair James Lawther, Denver, Colo., for appellant.

Paul F. Larrazolo, U. S. Atty., Albuquerque, N. M., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.